District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>               Plaintiff,<br><br>    v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, *et al.*,<br><br>               Defendants. | Case No. C20-1412 JLR<br><br>JOINT STATUS REPORT AND ORDER<br><br>Noted for Consideration:<br>January 22, 2021 |

      Plaintiff SEA SHEPHERD LEGAL ("Plaintiff") filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION and NATIONAL MARINE FISHERIES SERVICES (collectively, "Defendants"), seeking disclosure of certain documents. *Sea Shepherd Legal v. NOAA, et al.*, 19-cv-463-JLR is a related case before the Court. By minute order dated October 24, 2020, the Court granted the parties' stipulated request for vacation of the Rule 26 deadlines (Dkt. No. 15) and submission of a joint status report within 60 days. *See* Dkt. No. 17. Pursuant to the Court's order, the parties now submit this joint status report.

1     On December 20, 2020, Defendants notified Plaintiff that they intended to produce
2  the first batch of records by the end of January 2021.  However, Defendants asked
3  Plaintiff whether it would agree to eliminate certain categories of records from the
4  production to speed up the records processing.  Defendants asserted that these records
5  were generated in connection with *Sea Shepherd New Zealand v. Wilbur Ross,* No. 1:20-
6  cv-00112-GSK (Ct. Int'l Trade May 21, 2020) and that their content fell within the
7  attorney-client privilege or attorney-work product doctrine.  Defendants further asked
8  Plaintiff if it would agree to remove records that Defendants contend fall within
9  Exemption 5 to FOIA.
10    Plaintiff presently disagrees with Defendants' proposed document withholdings
11 (as described above) and intends to discuss possible solutions with Defendants, including
12 the production of a *Vaughn* index in an attempt to avoid motion practice.  Accordingly,
13 the parties respectfully request that they be permitted to file a joint status report within
14 the next 60 days.  If at any time in the next 60 days it becomes apparent that resolution
15 between the parties is not feasible, they will submit a joint briefing schedule to the Court.

17 Dated this 22nd day of January 2021.

*s/     Brett W. Sommermeyer*
BRETT W. SOMMERMEYER, WSBA # 30003

 *s/     Catherine E. Pruett*
CATHERINE E. PRUETT, WA BAR # 35140

SEA SHEPHERD LEGAL
2226 Eastlake Avenue East, No. 108
Seattle, WA  98102
Phone: (206) 504-1600
Email: brett@seashepherdlegal.org
Email: catherine@seashepherdlegal.org

*Attorneys for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*s/      Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3824
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

**ORDER**

Having reviewed the parties' stipulated motion, the Court finds good cause shown for the parties to continue working towards a resolution of this matter. The parties shall submit a joint status report to the Court on or before March 23, 2021.

Dated this 26th day of January 2021.

JAMES L. ROBART
United States District Judge