|   |   |
|---|---|
| | District Judge James L. Robart |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. C20-1412 JLR<br><br>JOINT STATUS REPORT AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>March 23, 2021 |

　　　　Plaintiff SEA SHEPHERD LEGAL ("Plaintiff") filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendants NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION and NATIONAL MARINE FISHERIES SERVICES (collectively, "Defendants"), seeking disclosure of certain documents. *Sea Shepherd Legal v. NOAA, et al.*, 19-cv-463-JLR is a related case before the Court.  By order dated January 26, 2021, the Court granted the parties' stipulated request to submit a joint status report within 60 days.  *See* Dkt. No. 19.  Pursuant to the Court's order, the parties now submit this joint status report.

JOINT STATUS REPORT AND [PROPOSED] ORDER
C20-1412 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The parties continue to attempt to resolve this litigation without further judicial intervention. Defendants made the first production of responsive records to Sea Shepherd Legal on January 29, 2021. Defendants have approximately 2,800 potentially responsive records to process. They intend to make the next production by April 15, 2021 and complete the productions within six months. The parties agree that this may resolve the substantive portion of this case, except for attorneys' fees. Accordingly, the parties respectfully request that they be permitted to file a joint status report within the next 60 days. If at any time in the next 60 days it becomes apparent that resolution between the parties is not feasible, they will submit a joint briefing schedule to the Court.

Dated this 23nd day of March 2021.

        *s/     Brett W. Sommermeyer*
        BRETT W. SOMMERMEYER, WSBA # 30003

        *s/     Catherine E. Pruett*
        CATHERINE E. PRUETT, WA BAR # 35140

        SEA SHEPHERD LEGAL
        2226 Eastlake Avenue East, No. 108
        Seattle, WA  98102
        Phone: (206) 504-1600
        Email: brett@seashepherdlegal.org
        Email: catherine@seashepherdlegal.org

        *Attorneys for Plaintiff*

        *s/     Michelle R. Lambert*
        MICHELLE R. LAMBERT, NY # 4666657
        Assistant United States Attorney
        United States Attorney's Office
        1201 Pacific Avenue, Suite 700
        Tacoma, Washington 98402
        Phone:  253-428-3824
        Email:  michelle.lambert@usdoj.gov

        *Attorneys for Defendants*

JOINT STATUS REPORT AND [PROPOSED] ORDER
C20-1412 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

Having reviewed the parties' stipulated motion, the Court finds good cause shown for the parties to continue working towards a resolution of this matter. The parties shall submit a joint status report to the Court on or before May 21, 2021.

Dated this 24th day of March 2021.

_____
JAMES L. ROBART
United States District Judge

JOINT STATUS REPORT AND [PROPOSED] ORDER
C20-1412 JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970